SHAAMINI A. BABU, ESQ. (SBN 230704)
JULIO MATEO, JR., ESQ. (SBN 124633)
SALTZMAN & JOHNSON LAW CORPORATION
5100-B1 Clayton Road, Suite 373
Concord, CA 94521
(510) 906-4710
sbabu@sjlawcorp.com
jmateo@sjlawcor.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS; JAMES MURRAY AND DAN REDING, as Trustees,<br><br>Plaintiffs,<br><br>vs.<br><br>M.J. GILBERT CONSTRUCTION CO., INC., an active California corporation, dba GILBERT M J CONSTRUCTION CO., INC.; MICHAEL J. GILBERT, an individual; and DOES 1-10,<br><br>Defendants. | Case No. 3:25-cv-07314-LJC<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; ORDER** |

**STIPULATION**

Pursuant Rule 6-2 of the Local Civil Rules of the United States District Court for the Northern District of California, Plaintiffs PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, JAMES MURRAY, AND DAN REDING ("Plaintiffs") and Defendants M.J. GILBERT CONSTRUCTION CO., INC., DBA GILBERT M J CONSTRUCTION CO., INC.; and MICHAEL J. GILBERT ("Defendants") by and through their respective counsel of record, hereby stipulate as follows:

1

CASE NO. 3:25-cv-07314-LJC
STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

1  WHEREAS, Plaintiffs filed their Complaint in the above-captioned matter on August 29,
2  2025;

3  WHEREAS, Plaintiffs have not yet served the Complaint on Defendants as they have been
4  exchanging relevant documents and attempting to settle;

5  WHEREAS, on November 25, 2025, Defendants through their counsel, executed a Waiver of
6  the Service of Summons and thus, Defendants have until January 26, 2026, to file a responsive plead-
7  ing;

8  WHEREAS, the Parties agree that it would be in the best interest of the Parties and this Court
9  to continue the Initial Case Management Conference set for December 4, 2025;

10  WHEREAS, based on the foregoing, the Parties agree and stipulate to continue the currently
11  scheduled Initial Case Management Conference by at least ninety (90) days or to a date thereafter
12  most convenient for the Court, to allow for all Parties to continue to attempt to settle.

14  Dated: November 26, 2025             SALTZMAN & JOHNSON LAW CORPORATION

16                                       By: /s/ Shaamini S. Babu
                                             SHAAMINI S. BABU, ESQ.
17                                           JULIO MATEO, JR.. ESQ.

18                                       Attorneys for Plaintiffs,
19                                       Pension Plan for Pension Trust Fund for Operating
                                         Engineers, et al.

21  DATED: November 26, 2025             ARENTFOX SCHIFF LLP

23                                       By:    /s/ Robert Carroll
24                                           ROBERT K. CARROL, ESQ.
                                         Attorneys for Defendants M.J. GILBERT
25                                       CONSTRUCTION CO., INC., DBA GILBERT M
                                         J CONSTRUCTION CO., INC.; and MICHAEL J.
26                                       GILBERT

27                                       2
                                                    CASE NO. 3:25-cv-07314-LJC
28  STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

**Certification Pursuant to Local Rule 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), I, Shaamini A. Babu, Esq. do declare that all signatories listed, and on whose behalf this filing is submitted, have concurred in the accuracy of the contents and authorized this filing.

Dated: November 26, 2025        /s/ Shaamini A. Babu
                                Shaamini A. Babu, Esq.

**ORDER**

Having read the above Stipulation to Continue the Initial Case Management Conference, IT IS HEREBY ORDERED that the Joint Case Management Statement shall be filed by February 26, 2026, and the Initial Case Management Conference shall be continued to March 5, 2026 at 1:30 p.m. via Zoom Webinar.

Dated: November 26, 2026        _____
                                Honorable Magistrate Judge Lisa J. Cisneros