UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al., | Case No.  25-cv-07314-LJC |
| Plaintiffs, | **CASE MANAGEMENT SCHEDULING ORDER** |
| v. | |
| M.J. GILBERT CONSTRUCTION CO., INC., et al., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, the following deadlines and hearings are ordered:

| | |
|---|---|
| Initial disclosures (if not already served): | March 31, 2026 |
| Last day for mediation (*see* ECF No. 20): | May 27, 2026 |
| Motions to compel arbitration or for judgment on pleadings: | June 26, 2026[1] |
| Deadline to join parties and amend pleadings:[2] | August 7, 2026 |
| Joint case management statement: | September 3, 2026 |
| Further case management conference: | Sept. 10, 2026, 1:30 PM |
| Fact discovery cut-off: | October 1, 2026 |
| Opening expert reports and disclosures: | October 22, 2026 |
| Rebuttal expert reports and disclosures: | November 12, 2026 |

[1] This deadline is advanced from the June 27, 2026 deadline set at the recent case management conference, which fell on a Saturday.

[2] This Order is not intended to grant prospective leave to amend or add parties when such leave would otherwise be required.  A motion for leave to amend or add parties filed on or before this date must satisfy any otherwise-applicable standard for such leave.  A motion filed after this date must also meet the standard to modify a scheduling order.  *See* Fed. R. Civ. P. 16(b)(4).

United States District Court
Northern District of California

Expert discovery cut-off: November 25, 2026

Last day to file dispositive motions and *Daubert* motions: December 15, 2026

Last day to hear dispositive motions and *Daubert* motions: January 19, 2027, 10:30 AM

\* \* \*

At the case management conference on March 5, 2026, all parties waived their rights to live testimony at trial and agreed that the Court may resolve the case as a trial on the papers. The parties shall file cross-motions for judgment following the same procedures as motions for summary judgment under Rule 56, except that the Court may weigh evidence, assess credibility, and resolve inconsistencies in the factual record to the same extent as at a bench trial.

This Order presumes that the parties will each file a motion for judgment to be briefed simultaneously in accordance with Civil Local Rules 7-2 through 7-4. If the parties would prefer a four-brief schedule similar to that set forth in Civil Local Rule 16-5 (motion; opposition-and-cross-motion; opposition-and-reply; reply), they may file a stipulation and proposed order setting such a schedule, which should include the page limits for each filing.

Regardless of whether the parties select that format or simultaneous briefing, the Court is also amenable to a stipulation and proposed order modifying the briefing and hearing schedule to mitigate the burden of briefing over the December holidays if the parties so choose. Any such modification to the schedule must (1) maintain at least two weeks between the final brief(s) and the hearing; and (2) not continue the hearing date beyond February 23, 2027.

The parties are encouraged to file any stipulation requesting to alter the briefing and hearing schedule for dispositive motions no later than two weeks from the date of this Order.

**IT IS SO ORDERED.**

Dated: March 23, 2026

LISA J. CISNEROS
United States Magistrate Judge

2