ROBERT K. CARROL (SBN 81277)
robert.carrol@afslaw.com
JUDY J. BAO (SBN 305560)
judy.bao@afslaw.com
**ARENTFOX SCHIFF LLP**
44 Montgomery Street
38th Floor
San Francisco, CA  94104
Telephone:    415.757.5500
Facsimile:    415.757.5501

Attorneys for Defendants
M.J. GILBERT CONSTRUCTION CO., INC. D/B/A
GILBERT M.J. CONSTRUCTION CO., INC., AND
MICHAEL J. GILBERT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> M.J. GILBERT CONSTRUCTION CO., INC., et al., <br><br> Defendants. | Case No. 25-cv-07314-LJC <br><br> **STIPULATION AND [PROPOSED] ORDER AMENDING CASE MANAGEMENT SCHEDULING ORDER** <br><br> **GRANTED AS MODIFIED** |

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Civil Local Rule 6-2, Plaintiffs Pension Plan for Pension Trust Fund for Operating Engineers, James Murray and Dan Reding, as Trustees, ("Plaintiffs") and Defendants M.J. Gilbert Construction Co., Inc. d/b/a Gilbert M.J. Construction Co., Inc., and Michael J. Gilbert ("Defendants") (collectively, "the Parties") respectfully request the Court amend the Case Management Scheduling Order (Dkt. 30) to the proposed Amended Case Schedule below for good cause.

The Parties seek to expeditiously engage in Court-sponsored mediation ordered by the end of July to attempt to resolve this action. In early March, this Court ordered the Parties to mediation

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
AMENDING CASE MANAGEMENT
SCHEDULING ORDER  25-CV-07314-LJC

(Dkt. 30) and a mediator was assigned. The Parties promptly scheduled and conducted an initial mediation conference with the mediator on March 25, 2026, setting the mediation session for May 8. Ahead of the mediation session, on April 6, 2026, Defendants responded to Plaintiff's first set of requests for production and produced numerous responsive documents, including financial documents. On May 4, after all Parties submitted their written mediation statements, the mediator met with Plaintiffs and Defendants separately to prepare for the mediation session. Shortly after meeting with the mediator and based on her recommendation, in the interest of a productive mediation session, the Parties agreed to move the mediation session to allow Defendants time to collect and produce additional, relevant financial information that may be helpful for the mediation.

Due to scheduling conflicts, the Parties and the mediator are unavailable to complete mediation by the current May 27, 2026 mediation deadline. The Parties and the mediator are working judiciously to confirm a mediation session for late-June or early July. In the interest of potentially resolving this case without court action, the Parties request that the Court amend the scheduling order to allow the Parties to attempt to resolve this action through mediation and to extend all subsequent deadlines. Pursuant to the Court's Case Management Scheduling Order (Dkt. 30), the amendments below do not continue the hearing date beyond February 23, 2027 and maintains at least two weeks between the final brief(s) and the hearing. No prior changes to the case schedule have been made since entry of the Court's scheduling order (Dkt. 30).

The Parties, by and through their respective undersigned counsel, submit the following revised stipulated Amended Case Schedule:

| Scheduled Event | Current Deadline | Revised Proposed Deadline |
|---|---|---|
| Last day for mediation (see ECF No. 20) | May 27, 2026 | July 31, 2026 |
| Motions to compel arbitration or for judgment on pleadings | June 26, 2026 | August 28, 2026 |
| Deadline to join parties and amend pleadings | August 7, 2026 | October 9, 2026 |
| Joint case management statement | September 3, 2026 | November 5, 2026 |
| Further case management conference | September 10, 2026 at 1:30p.m. | November 12, 2026 at 1:30p.m. |

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

STIPULATION AND [PROPOSED] ORDER
AMENDING CASE MANAGEMENT
SCHEDULING ORDER  25-CV-07314-LJC

| Fact discovery cut-off | October 1, 2026 | December 3, 2026 |
|---|---|---|
| Opening expert reports and disclosures | October 22, 2026 | December 23, 2026 |
| Rebuttal expert reports and disclosures | November 12, 2026 | January 13, 2027 |
| Expert discovery cut-off | November 25, 2026 | January 27, 2027 |
| Last day to file dispositive motions and *Daubert* motions | December 15, 2026 | February 9, 2027 |
| Last day to hear dispositive motions and *Daubert* motions | January 19, 2027 at 10:30a.m. | February 23, 2027 at 10:30a.m. |

Dated:  May 19, 2026                **ARENTFOX SCHIFF LLP**

By:/s/ *Judy J. Bao*
     Robert K. Carrol
     Judy J. Bao
     Attorneys for Defendants
     M.J. Gilbert Construction Co., Inc. d/b/a
     Gilbert M.J. Construction Co., Inc., and
     Michael J. Gilbert

Dated:  May 19, 2026                **SALTZMAN & JOHNSON LAW CORPORATION**

By:/s/ *Shaamini A. Babu*
     Shaamini A. Babu
     Attorneys for Plaintiffs
     Pension Plan for Pension Trust Fund for
     Operating Engineers; James Murray and
     Dan Reding, as Trustees

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 3 -

STIPULATION AND [PROPOSED] ORDER
AMENDING CASE MANAGEMENT
SCHEDULING ORDER  25-CV-07314-LJC

**SIGNATURE ATTESTATION**

I hereby attest that I have obtained the authorization from the signatories to this e-filed document and have been authorized to indicate their consent by a conformed signature (/s/) within this e-filed document.

/s/ Judy J. Bao
Judy J. Bao

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 4 -

STIPULATION AND [PROPOSED] ORDER
AMENDING CASE MANAGEMENT
SCHEDULING ORDER  25-CV-07314-LJC

# [~~PROPOSED~~] ORDER

Pursuant to the Parties' stipulation, and good cause appearing, IT IS SO ORDERED

THAT the Court adopts the stipulated Amended Case Schedule as follows:

| Scheduled Event | Revised Proposed Deadline |
|---|---|
| Last day for mediation (see ECF No. 20) | July 31, 2026 |
| Motions to compel arbitration or for judgment on pleadings | August 28, 2026 |
| Deadline to join parties and amend pleadings | October 9, 2026 |
| Joint case management statement | November 5, 2026 |
| Further case management conference | November 12, 2026 at 1:30p.m. |
| Fact discovery cut-off | December 3, 2026 |
| Opening expert reports and disclosures | December 23, 2026 |
| Rebuttal expert reports and disclosures | January 13, 2027 |
| Expert discovery cut-off | January 27, 2027 |
| Last day to file dispositive motions and *Daubert* motions | February 9, 2027 |
| Last day to hear dispositive motions and *Daubert* motions | March 16, 2027 at 10:30a.m. |

**IT IS SO ORDERED.**

Dated: May 19, 2026

_____
LISA J. CISNEROS
United States Magistrate Judge

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 5 -

STIPULATION AND [~~PROPOSED~~] ORDER
AMENDING CASE MANAGEMENT
SCHEDULING ORDER  25-CV-07314-LJC