ROBERT K. CARROL (SBN 81277)
robert.carrol@afslaw.com
JUDY BAO (SBN 305560)
judy.bao@afslaw.com
ARENTFOX SCHIFF LLP
44 Montgomery Street
38th Floor
San Francisco, CA 94104
Telephone: 415.757.5500
Facsimile: 415.757.5501

Attorneys for Defendants
M.J. GILBERT CONSTRUCTION CO., INC. D/B/A
GILBERT M.J. CONSTRUCTION CO., INC., AND
MICHAEL J. GILBERT

SHAAMINI A. BABU, ESQ. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
5100-B1 Clayton Road, Suite 373
Concord, CA 94521
(510) 906-4710
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>M.J. GILBERT CONSTRUCTION CO., INC., et al.,<br><br>Defendants. | Case No. 25-cv-07314-LJC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER AMENDING CASE MANAGEMENT SCHEDULING ORDER**<br><br>**GRANTED AS MODIFIED (*see page 4*)** |

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Civil Local Rule 6-2, Plaintiffs Pension Plan for Pension Trust Fund for Operating Engineers, James Murray and Dan Reding, as Trustees, ("Plaintiffs") and Defendants M.J. Gilbert Construction Co., Inc. d/b/a Gilbert M.J.

Construction Co., Inc., and Michael J. Gilbert ("Defendants") (collectively, "the Parties") respectfully request the Court amend the Case Management Scheduling Order (Dkt. 32) to the proposed Amended Case Schedule below for good cause.

Defendants responded to Plaintiff's discovery then a court-sponsored mediation session was held on June 30, 2026. Defendants are scheduled to collect and produce additional financial information for another mediation session. The Parties and the mediator are working judiciously to confirm a mediation session for September or October 2026.

In the interest of potentially resolving this case without court action, the Parties request that the Court amend the scheduling order to allow the Parties to attempt to resolve this action through mediation. Pursuant to the Court's Case Management Scheduling Order (Dkt. 30), the schedule below does not continue the hearing date beyond February 23, 2027.

| **Scheduled Event** | **Current Deadline** | **Revised Deadline** |
|---|---|---|
| Last day for mediation | July 31, 2026 | October 31, 2026 |
| Motions to compel arbitration or for judgment on pleadings | August 28, 2026 | November 30, 2026 |
| Deadline to join parties and amend pleadings | October 9, 2026 | December 31, 2026 |
| Joint case management statement | November 5, 2026 | January 7, 2026 |
| Further case management conference | November 12, 2026 at 1:30p.m. | January 14, 2026 at 1:30 pm |
| Fact discovery cut-off | December 3, 2026 | January 22, 2026 |
| Opening expert reports and disclosures | December 23, 2026 | January 29, 2027 |
| Rebuttal expert reports and disclosures | January 13, 2027 | February 5, 2027 |
| Expert discovery cut-off | January 27, 2027 | February 5, 2027 |
| Last day to file dispositive motions and *Daubert* motions | February 9, 2027 | February 9, 2027 |
| Last day to hear dispositive motions and *Daubert* motions | February 23, 2027 at 10:30a.m. | February 23, 2027 at 10:30a.m. |

Dated: July 27, 2026

**ARENTFOX SCHIFF LLP**

By: /s/
Robert K. Carrol
Judy Bao
Attorneys for Defendants
M.J. Gilbert Construction Co., Inc. d/b/a
Gilbert M.J. Construction Co., Inc., and
Michael J. Gilbert

Dated: July 27, 2026

**SALTZMAN & JOHNSON LAW CORPORATION**

By: /s/
Shaamini A. Babu
Attorneys for Plaintiffs
Pension Plan for Pension Trust Fund for
Operating Engineers; James Murray and
Dan Reding, as Trustees

## SIGNATURE ATTESTATION

I hereby attest that I have obtained the authorization from the signatories to this e-filed document and have been authorized to indicate their consent by a conformed signature (/s/) within this e-filed document.

/s/
Shaamini A. Babu

## ~~[PROPOSED]~~ ORDER

Pursuant to the Parties' stipulation, and good cause appearing, the Court adopts the stipulated Case Schedule as follows:

| Scheduled Event | Deadline |
|---|---|
| Last day for mediation | October 31, 2026 |
| Motions to compel arbitration or for judgment on pleadings | November 30, 2026 |
| Deadline to join parties and amend pleadings | December 31, 2026 |
| Joint case management statement | January 7, 2026 |
| Further case management conference | January 14, 2026 at 1:30 pm |
| Fact discovery cut-off | January 22, 2026 |
| Opening expert reports and disclosures | January 29, 2027 |
| Rebuttal expert reports and disclosures | February 5, 2027 |
| Expert discovery cut-off | February 5, 2027 |
| Last day to file dispositive motions and *Daubert* motions | February 9, 2027 |
| Last day to hear dispositive motions and *Daubert* motions | March 16, 2027 at 10:30a.m. |

The parties appear to have overlooked the Court's May 19, 2026 Order setting a March 16, 2027 hearing date for dispositive motions and Daubert motions. ECF No. 32 at 5. The parties' proposal to allow only two weeks between the filing and hearing of such motions violates Civil Local Rule 7-2(a) and would not allow sufficient time for briefing or the Court's preparation for the hearing. The Court therefore maintains the March 16 hearing date set by that previous Order.

**IT IS SO ORDERED.**

Dated: July 30, 2026

LISA J. CISNEROS
United States Magistrate Judge